UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENDURANCE AMERICAN INSURANCE CO., <br><br> Defendant. | C20-1444 TSZ <br><br> MINUTE ORDER |
| ENDURANCE AMERICAN INSURANCE CO., <br><br> Counterclaimant, <br><br> v. <br><br> ALASKA AIRLINES, INC., <br><br> Counter Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of the pending Motion to Continue Plaintiff's Motion for Partial Summary Judgment on Extra-Contractual Claims, docket no. 52, and the pending Motion to Compel Compliance with Subpoenas, docket no 54, the Court sua sponte RENOTES Plaintiff's Motion for Partial Summary Judgment on Extra-Contractual Claims, docket

MINUTE Order - 1

no. 45, to April 1, 2022 so that the Court may consider the Motion to Continue and the Motion to Compel before defendant is required to file a response to the Motion for Partial Summary Judgment.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2022.

                                      Ravi Subramanian
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE Order - 2