UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA AIRLINES, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ENDURANCE AMERICAN INSURANCE CO.,<br><br>　　　　　Defendant.<br>―――――――――――――――――<br>ENDURANCE AMERICAN INSURANCE CO.,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>ALASKA AIRLINES, INC.,<br><br>　　　　　Counter Defendant. | C20-1444 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The Motion to Compel Compliance with Subpoenas, docket no. 54, filed by Defendant Endurance American Insurance Company ("Endurance") is GRANTED in part. Third-party United States Aircraft Insurance Group ("USAIG") is DIRECTED to produce copies of documents addressing Average Fleet value, Revenue Passenger Miles,

MINUTE Order - 1

and Permissible Loss Ratio Calculations and any other documents Ernst relied on when preparing her declaration.

  (2) The parties are further DIRECTED to make arrangements to depose M.C. Ernst.  Such deposition shall occur at a mutually convenient time on or before May 15, 2022.

  (3) Defendant Endurance's Motion to Compel Compliance with Subpoenas, docket no. 54, is otherwise DENIED.  USAIG's request for legal fees included in its Response, docket no. 58, is DENIED.

  (4) Endurance's Motion for Continuance, docket no. 52, is DENIED.  The Court believes that it can address the issues raised in the Motion for Partial Summary Judgment, docket no. 45, without the evidence gained from the additional discovery and Ernst deposition.  The Court sua sponte RENOTES the Motion for Partial Summary Judgment, docket no. 45, for Friday, April 8, 2022.  Any response shall be filed by Monday, April 4, 2022.  Any reply shall be filed by the new noting date.

  (5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 24th day of March, 2022.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE Order - 2