UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA AIRLINES, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>ENDURANCE AMERICAN INSURANCE CO.,<br><br>                Defendant.<br><br>ENDURANCE AMERICAN INSURANCE CO.,<br><br>                Counterclaimant,<br><br>  v.<br><br>ALASKA AIRLINES, INC.,<br><br>                Counter Defendant. | C20-1444 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Alaska Airlines, Inc. has filed Motion for Summary Judgment on its extra-contractual claims, docket no. 45, that noted on April 8, 2022 and is currently pending before the Court. Defendant Endurance American Insurance Co. has filed a Cross-Motion for Summary Judgment on the same extra-contractual claims, docket

MINUTE Order - 1

no. 65, that notes April 29, 2022.  In order for the Court to consider these related motions together, the Court sua sponte RENOTES the Motion for Summary Judgment, docket no. 45, filed by Alaska Airlines to April 29, 2022.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of April, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE Order - 2