UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA AIRLINES, INC.,

                    Plaintiff and
                    Counter
                    Defendant,

        v.                                      C20-1444 TSZ

ENDURANCE AMERICAN                              ORDER
INSURANCE CO.,

                    Defendant and
                    Counterclaimant.

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)     The Motion to Strike, docket no. 78, filed by Defendant and
Counterclaimant Endurance American Insurance Co. ("Endurance") is RENOTED to
Friday, July 15, 2022.

        (2)     Endurance is DIRECTED to file in the record a complete copy of the
deposition transcript from the expert witness deposition of David Beyer conducted on
March 31, 2022.  See Ex. B to Neal Decl. (docket no. 84-2).

        (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 7th day of July, 2022.


                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

ORDER - 1