UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA AIRLINES, INC.,

          Plaintiff and Counter Defendant,

   v.

ENDURANCE AMERICAN INSURANCE CO.,

          Defendant and Counterclaimant.

C20-1444 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant and Counterclaimant Endurance American Insurance Co. ("Endurance") is DIRECTED to file in the record the two exhibits referenced in the March 31st Expert Deposition of David Beyer, namely Alaska's FRCP 26(a)(2)(c) Expert Disclosure and Exhibit 21 to the 30(b)(6) Deposition of Alaska Airlines. Endurance is DIRECTED to file Exhibit 21 under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of July, 2022.

                         Ravi Subramanian
                         Clerk

                         s/Gail Glass
                         Deputy Clerk

MINUTE Order - 1