UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA AIRLINES, INC.,<br><br>        Plaintiff and Counter Defendant,<br><br>v.<br><br>ENDURANCE AMERICAN INSURANCE CO.,<br><br>        Defendant and Counterclaimant. | C20-1444 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Motion to Seal, docket no. 90, filed by Plaintiff and Counter Defendant Alaska Airlines, Inc. is GRANTED. Exhibit A, docket no 92, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of August, 2022.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE Order - 1