UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA AIRLINES, INC.,

        Plaintiff and Counter Defendant,

v.

ENDURANCE AMERICAN INSURANCE CO.,

        Defendant and Counterclaimant.

C20-1444 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court is considering conducting trial in this matter virtually via the ZoomGov.com platform. On or before August 12, 2022, the parties shall meet and confer and file a Joint Status Report addressing: (a) whether any party objects to remotely conducting any of the following portions of the trial: (i) jury selection; (ii) opening statements; (iii) witness testimony; (iv) closing arguments; and/or (v) jury deliberations; and (b) the number of witnesses and anticipated length of trial in light of the recent narrowing of the case.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of August, 2022.

          Ravi Subramanian
          Clerk

          s/Gail Glass
          Deputy Clerk

MINUTE Order - 1