UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA AIRLINES, INC.,

        Plaintiff and Counter Defendant,

  v.

ENDURANCE AMERICAN INSURANCE CO.,

        Defendant and Counterclaimant.

C20-1444 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 104, the Court will hold a 5-6 day trial commencing on September 26, 2022, and will select an 8-person jury. The Court expects to conduct voir dire remotely via the ZoomGov.com platform and to conduct the trial in-person. The Court reserves the right to conduct the entire trial remotely;

(2)    The parties are DIRECTED to complete mediation by September 15, 2022;

(3)    In the complaint, Alaska Airlines states that it served the written notice required by RCW 48.30.015(8)(b) to Endurance and the Office of the Washington Insurance Commissioner on August 31, 2020. Compl. at ¶ 5.42. Alaska Airlines is DIRECTED to either file the written notice into the record or direct the Court to where in the present record the written notice can be found by Friday, August 19, 2022.

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of August, 2022.

                              Ravi Subramanian
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE Order - 1