UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA AIRLINES, INC.,

        Plaintiff,

  v.

ENDURANCE AMERICAN INSURANCE CO.,

        Defendant.

C20-1444 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Motion to Continue Trial, docket no. 109, filed by Defendant Endurance American Insurance Company ("Endurance") is DENIED. A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Courts have broad discretion when deciding whether to modify a scheduling order. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992). The Court concludes that Endurance has not shown good cause for continuing the trial. This case has been pending for almost two years and the Court's Orders, docket nos. 44 & 101, have narrowed the issues for trial, which will now only concern damages. Any new counsel hired by Endurance must be prepared to proceed to trial on September 26, 2022.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of August, 2022.

                                          Ravi Subramanian
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk

MINUTE ORDER - 1